UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 92-0262-CR-GRAHAM(s)(s)(s)

UNITED STATES OF AMERICA

vs.

JOHN DOE,
   a/k/a "Eugenio Arocho,"
   a/k/a "Lorenzo Linez,"
   a/k/a "Victor Masson,"
   a/k/a "Remon Nogales," and
   a/k/a "Felipe,"

       Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the indictment against the above named defendant.

Respectfully submitted,

*[signature]*

JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: April 26, 2010

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT COURT JUDGE

cc: U.S. Attorney (Edward C. Nucci, AUSA - 0268.001)
    U.S. Attorney (Eric Morales, AUSA)
    U.S. Marshal (Deputy Joe Godsk)
    Chief Probation Officer
    Pretrial Services
    OCDETF Unit
    DEA (S/A Stu Hochfelder & S/A Anne-Judith Lambert)
    ICE (Terrence J. Manweiler)